IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 14-cv00160-RBJ

PHARMERICA DRUG SYSTEMS, LLC d/b/a PHARMERICA and
GENESIS ELDERCARE REHABILITATION SERVICES, INC. d/b/a
Genesis Rehabilitation Services,

    Plaintiff,

v.

CASTLE ROCK SENIOR LIVING, LLC d/b/a Solterra Senior Living d/b/a
Castle Rock Care Center, and
GARDEN OF THE GODS SENIOR LIVING, LLC d/b/a Solterra Senior Living d/b/a
Garden of the Gods Care Center,

    Defendant.

## AGREED ORDER OF STIPULATED DISMISSAL

This matter is before the Court on the stipulation of Plaintiff Genesis Eldercare Rehabilitation Services, Inc. d/b/a Genesis Rehabilitation Services ("Genesis") and Defendant Garden of the Gods Senior Living, LLC d/b/a Garden of the Gods Care Center ("Garden") to dismiss Genesis's claims against Garden [ECF No. 12]. All parties having stipulated to the dismissal,

**IT IS ORDERED** that all claims by Genesis against Garden are **DISMISSED WITH PREJUDICE**, with each party to bear its respective costs.

DATED this 18th day of July, 2014.

                                            BY THE COURT:

2

*[signature: Brooke Jackson]*

_____
R. Brooke Jackson
United States District Judge