IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 14-cv00160-RBJ

PHARMERICA DRUG SYSTEMS, LLC d/b/a PharMerica, and
GENESIS ELDERCARE REHABILITATION SERVICES, INC., d/b/a
Genesis Rehabilitation Services,

    Plaintiffs,

v.

CASTLE ROCK SENIOR LIVING, LLC d/b/a Solterra Senior Living d/b/a
Castle Rock Care Center, and
GARDEN OF THE GODS SENIOR LIVING, LLC d/b/a Solterra Senior Living d/b/a
Garden of the Gods Care Center,

    Defendants.

## AGREED ORDER OF STIPULATED DISMISSAL

This matter is before the Court on the stipulation of Plaintiff Genesis Eldercare Rehabilitation Services, Inc. d/b/a Genesis Rehabilitation Services ("Genesis") and Defendant Castle Rock Senior Living, LLC d/b/a Solterra Senior Living d/b/a Castle Rock Care Center ("Castle Rock") to dismiss Genesis's claims against Castle Rock with prejudice. All parties having stipulated to the dismissal,

**IT IS ORDERED** that all claims by Genesis against Castle Rock are **DISMISSED WITH PREJUDICE**, with each party to bear its respective costs. This Court shall retain jurisdiction over this action for purposes of enforcing the settlement if it becomes necessary.

DATED this 22nd day of July, 2014.

BY THE COURT:

_____

R. Brooke Jackson
United States District Judge

2